UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALICIA VARGAS, | ) | Civil No. 07cv1848-L(NLS) |
| Plaintiff, | ) | **ORDER GRANTING JOINT** |
| | ) | **MOTION TO DISMISS [doc. #9] and** |
| v. | ) | **DISMISSING THIS ACTION WITH** |
| | ) | **PREJUDICE** |
| BANK OF AMERICA, NATIONAL | ) | |
| ASSOCIATION, | ) | |
| Defendant. | ) | |

Pursuant to the settlement reached in this matter and good cause appearing, the parties'

joint motion to dismiss is **GRANTED**.

**IT IS SO ORDERED.**

DATED: January 14, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv1848

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07cv1848